UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-298-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILLIP LEON MALLORY II,

    Defendant.
_____

**ORDER**
_____

    Having reviewed the Joint Status Report (# 64), filed February 28, 2006, and being otherwise fully advised, it is

    ORDERED that the parties shall file a final status report or notice of disposition by **Friday, March 17, 2006**.  It is

    FURTHER ORDERED that if no disposition has been reached by this time, the parties shall contact Chambers to set a hearing on pending motions and trial date.

    Dated:  March 15, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge