UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00298-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILLIP LEON MALLORY, II,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant Phillip Mallory's pro se letter to the Court regarding the withdrawal of his guilty plea, which was received on August 17, 2006.  Defendant is currently represented by counsel, Harvey Steinberg, and the Court has faxed a copy of the letter to Mr. Steinberg as a courtesy.  Because Defendant has legal representation, the Court will not consider Defendant's pro se letter. Thus, it is

    ORDERED that Defendant's letter, received August 17, 2006, is **STRICKEN**. It is

    FURTHER ORDERED that the sentencing hearing set for Tuesday, August 22, 2006, at 4:00 p.m. will proceed as scheduled.

    Dated:  August 18, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge