IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No.  05-cr-00298-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. PHILLIP LEON MALLORY,

      Defendant.

_____

ORDER DISMISSING COUNT TWO OF THE SUPERSEDING
INDICTMENT AND COUNT ONE OF INDICTMENT

      Upon the motion of the United States of America and for good cause shown, it is

      ORDERED that Count Two of the Superseding Indictment and Count One of the Indictment as it relates to Defendant Phillip Leon Mallory in the above-captioned case is hereby dismissed.

      DATED this 11th day of October, 2006.

                                                s/ Wiley Y. Daniel
                                                WILEY Y. DANIEL
                                                United States District Judge
                                                District of Colorado